1
2
3
4
5                                                    **NOTE CHANGES MADE BY THE COURT**
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JUSTIN R. MARSH, | Case No. 2:23-cv-04177-MCS-AS |
| Plaintiff, | District Judge: Mark C. Scarsi |
| vs. | **ORDER ON STIPULATION FOR COSTS FOR JUSTIN R. MARSH (ECF No. 23)** |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

1

**[~~PROPOSED~~] ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JUSTIN R. MARSH ("Plaintiff") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $20,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $20,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff within 60 days from the signing of the Parties' Stipulation dated October 30, 2023. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties. **The Court retains jurisdiction to reopen the case until January 8, 2024. No further extensions will be granted. The case remains closed for purposes of case administration.**

**IT IS SO ORDERED.**

Date: November 1, 2023

_____
Mark C. Scarsi
United States District Judge